PEOPLE ex rel. BAKER v. COLLIER et al. PEOPLE ex rel. DANIELS v. SAME. PEOPLE ex rel. MURPHY v. SAME. PEOPLE ex rel. MEYER v. SAME. PEOPLE ex rel. COLNE v. SAME. PEOPLE ex rel. MORGAN v. SAME. (Supreme Court, Appellate Division, Second Department. June Term, 1903.) Proceedings by the people of the state of New York, on the relation of James H. Baker, on the relation of Joseph Daniels, on the relation of Martin Murphy, on the relation of Albert E. Meyer, on the relation of Charles Colne, and on the relation of William G. Morgan, against William Miller Collier and others, constituting the State Civil Service Commission. Cases decided April 24, 1903, reported in 82 App. Div. 644, 81 N. Y. Supp. 1138. The court desires to see counsel in these cases.

PEOPLE ex rel. CHILDS CO. v. MILLER, State Comptroller. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Proceeding by the people of the state of New York, on the relation of the Childs Company, against Nathan L. Miller, as Comptroller of the State of New York. No opinion. Determination of the Comptroller modified, by reducing the amount of the tax to $1,470.54, and, as so modified, confirmed, with $50 costs and disbursements to the relator.

PEOPLE ex rel. CONTINENTAL INS. CO. v. MILLER, State Comptroller. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Proceeding by the people of the state of New York, on the relation of the Continental Insurance Company, against Nathan L. Miller, as Comptroller of the State of New York.

PER CURIAM. Determination of the Comptroller confirmed, with $50 costs and disbursements.

SMITH, J., dissents.

PEOPLE ex rel. COX v. GREENE. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Proceeding by the people of the state of New York, on the relation of Patrick Cox, against Francis V. Greene. C. L. Hoffman, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. DAY v. GREENE. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Proceedings by the people of the state of New York, on the relation of David Day, against Francis V. Greene. R. P. Lydon, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. DEERING, Appellant, v. GROUT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York, on the relation of James A. Deering, against Edward M. Grout and others. J. J. Squier, for appellant. J. F. O'Brien, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. DELAWARE & HUDSON CO. v. WELLS et al. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York, on the relation of the Delaware & Hudson Company, against David L. Wells and others. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. DUDLEY v. GREENE. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York on the relation of William H. Dudley, against Francis V. Greene. H. Ringrose, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. GRAHAM v. PARTRIDGE, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Proceeding by the people of the state of New York, on the relation of Frank M. Graham, against John N. Partridge, police commissioner of the city of New York. No opinion. Reargument ordered, and case set down for the 12th day of January, 1904.

PEOPLE ex rel. GRIFFIN v. LOW, Mayor. (Supreme Court, Appellate Division, First Department. December 18, 1903.) Proceeding by the people of the state of New York, on the relation of Eleanor M. Griffin, against Seth Low, as mayor, etc. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. HALL et al. v. GILMAN, Comptroller. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Proceeding by the people of the state of New York, on the relation of Albert C. Hall and others, as administrators, etc., against Theodore P. Gilman, Comptroller. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.